IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:05CR250
                               )
        v.                     )
                               )
JOLENE CORTEZ,                 )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 74). Accordingly,

IT IS ORDERED:

1) A hearing on plaintiff's Rule 35 motion is scheduled for:

**Friday, December 15, 2006, at 10:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) Michael Poepsel, retained counsel for the defendant, remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court